UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SMITH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ELMWOOD CORRECTIONAL FACILITY, et al.,<br><br>    Defendants. | Case No. 23-cv-01748 BLF<br><br>**ORDER OF DISMISSAL** |

On April 3, 2023, Plaintiffs,[1] proceeding *pro se*, filed a lawsuit in the Eastern District of California which was construed as an civil rights complaint under 42 U.S.C. § 1983. Dkt. No. 1. The case was transferred to this district on April 12, 2023. Dkt. No. 5. On April 12, 2023, the Clerk sent Plaintiffs a notice that the *In Forma Pauperis* ("IFP") application, Dkt. No. 2, was deficient because it was not the proper form and lacked the supporting documentation, i.e., a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison officer and a prisoner trust account statement showing transactions for the last six months. Dkt. No. 6. Plaintiffs were advised to respond within

---

[1] It appears that Mrs. Nicole Smith filed this action as co-Plaintiff on behalf of her son, Talik Ellis, who is currently in custody at the Elmwood Correctional Facility. Dkt. No. 1 at 2, 5-6. The Court need not address the propriety of such a filing at this time.

twenty-eight days to avoid dismissal.  *Id.*  The matter was reassigned to the Undersigned on May 15, 2023.  Dkt. No. 10.

The deadline for responding to the Clerk's notice regarding the deficient IFP application has passed, and Plaintiffs have failed to file the necessary documents to complete the IFP application or pay the filing fee.  *Id.*  Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  ____**May 22, 2023**____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.23\01748Smith_dis-ifp