UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SMITH, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>ELMWOOD CORRECTIONAL FACILITY, et al.,<br><br>   Defendants. | Case No. 23-cv-01748 BLF<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiffs' failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: ____**May 22, 2023**____

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.23\01748Smith_judgment